**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                              **4:98-CR-00101-BRW**

**TAGGART K. LITTLE**

**ORDER**

Defendant's unopposed Motion for Early Termination of Supervised Release (Doc. No. 216) is GRANTED.

IT IS SO ORDERED this 12th day of January, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE